1  Michael C. Cohen, Esq., Bar No. 65487
   LAW OFFICES OF MICHAEL C. COHEN
2  1814 Franklin Street, Suite 900
   Oakland, CA 94612
3  (510) 832-6436
4  Attorney for Plaintiff

5  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
6  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
7  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
8
9     450 Golden Gate Avenue, 9th Floor
      San Francisco, California 94102-3495
10    Telephone:    (415) 436-7264
      Facsimile:    (415) 436-6748
11    Email:        abraham.simmons@usdoj.gov

12 Attorneys for Federal Defendant

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16
17 FRED ROGERS,                    )   No. C 08-2897 SBA
      a/k/a FRED ROGERS            )
18                   Plaintiff,    )
                                   )
19              v.                 )   STIPULATION AND
                                   )   ORDER REGARDING MEDIATION
20 JOHN E. POTTER, Postmaster      )
   General, DOES 1-10              )
21                   Defendants.   )
                                   )
22

23     The parties hereby stipulate and agree that the mediation previously scheduled for June 15, 2009,

24 will be held on July 7, 2009. This would extend by 11 days the deadline for having a mediation in this

25 case. Good cause exists to extend the deadline in that it will give the parties an opportunity to

26 conduct additional limited discovery before attempting to resolve this case. Specifically,

27 plaintiff's deposition will take place June 29, 2009 and defendant will respond to plaintiff's

28 interrogatories prior to the mediation.

Respectfully submitted,

Dated: June 29, 2009

*/s/ Michael C. Cohen*

Michael C. Cohen
Attorney for Plaintiff

*/s/ Abraham A. Simmons*

Dated: June 29, 2009

Abraham A. Simmons
Attorney for Defendant

**ORDER**

Good cause appearing, it is so ORDERED. The parties may complete mediation in this case no later than July 7, 2009.

*Saundra B Armstrong*

Saundra Brown Armstrong,
U.S. District Court Judge

STIPULATION AND PROPOSED
ORDER RE MEDIATION
C 08-2897 SBA                    2