Michael C. Cohen, Esq., Bar No. 65487
LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA 94612
(510) 832-6436

Attorney for Plaintiff

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:   (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRED ROGERS,<br>    a/k/a FRED ROGERS, Jr.,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General of<br>the United States,<br><br>                Defendant. | No. C 08-2897 SBA<br><br>**STIPULATION AND ORDER CONTINUING CERTAIN PRETRIAL DEADLINES AND TRIAL DATE** |

    The parties hereby stipulate and agree and request the Court to adopt the following changes in the trial schedule:

    **Whereas**, the parties recognize that full and complete briefing and hearing on defendant's pending motion for summary judgment would aid the parties in reaching a settlement; and

    **Whereas**, if the matter is not resolved short of trial, full and complete briefing on defendant's pending motion for summary judgment would aid the Court in narrowing the issues

for trial; and

**Whereas**, plaintiff has requested additional time to respond to defendant's motion for summary judgment and defendant has no objection to plaintiff receiving such additional time; and

**Whereas**, the parties participated in a productive mediation on June 23, 2009; and

Whereas the parties were unable to settle the matter at the June 23, 2009, but are scheduled to appear for a settlement of conference with Magistrate Judge Laporte on April 23, 2010; and

**Whereas**, this Court's pretrial order dated February 18, 2009, would require preparation of pretrial documents and other trial preparation at a time when preparation and focus on resolving this case likely would produce a better result; and

**Whereas**, the parties have not previously sought to make any adjustments to the pretrial schedule set by the Court on February 18, 2009;

**It is hereby stipulated** and respectfully requested that the Court amend its February 18, 2009, trial scheduling order so as to adopt the following new deadlines and trial date:

|  | **ORIGINAL DATE AS SET IN ORDER DATED FEBRUARY 18, 2009** | **NEW DATE REQUESTED BY PARTIES** |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment | Would be due March 9, 2010 if motion heard on March 30, 2010 in accordance with the Court's order.<br><br>(The court's website currently precludes counsel from scheduling motions before April 13, 2010.) | March 30, 2010 |
| Defendant's reply in support of motion for summary judgment due | Would be due March 16, 2010 in accordance with the Court's order. | April 6, 2010 |
| Hearing on Defendant's Motion for Summary Judgment | On or before March 30, 2010 (the court's website currently precludes counsel from scheduling motions before April 13, 2010). | April 20, 2010, 1 pm |

| | | |
|---|---|---|
| Mandatory Settlement Conference | On or before Friday, April 23, 2010. | No change– Conference currently scheduled for April 23, 2010 |
| Joint Pretrial Statement and related papers due | April 27, 2010 | August 24, 2010 |
| Objections to evidence due | May 4, 2010 | August 31, 2010 |
| Pretrial | May 18, 2010 | September 14, 2010, 1 pm |
| Trial | May 24, 2010 | September 20, 2010, 8:30 am |

Respectfully submitted,

Dated: March 5, 2010

_____/s/_____
Michael C. Cohen
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 5, 2010

_____/s/_____
Abraham A. Simmons
Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, the following dates are extended as follows:

| | **ORIGINAL DATE AS SET IN ORDER DATED FEBRUARY 18, 2009** | **NEW DATE** |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment | Would be due March 9, 2010 if motion heard on March 30, 2010 in accordance with the Court's order. | March 30, 2010 |

3

| | | |
|---|---|---|
| Defendant's reply in support of motion for summary judgment due | Would be due March 16, 2010 in accordance with the Court's order. | April 6, 2010 |
| Hearing on Defendant's Motion for Summary Judgment | On or before March 30, 2010 (the court's website currently precludes counsel from scheduling motions before April 13, 2010). | April 20, 2010, 1 pm |
| Mandatory Settlement Conference | On or before Friday, April 23, 2010. | No change– Conference currently scheduled for April 23, 2010 |
| Joint Pretrial Statement and related papers due | April 27, 2010 | May 4, 2010 |
| Motions in Limne | | Due: May 11, 2010<br><br>Responses on or before: May 18, 2010<br><br>Reply on or before: May 25, 2010 |
| Objections to evidence due | May 4, 2010 | May 11, 2010 |
| Pretrial | May 18, 2010 | June 1, 2010, 1 pm |
| Trial | May 24, 2010 | June 7, 2010, 8:30 am |

IT IS SO ORDERED.

3/15/10

*Saundra B Armstrong*
**United States District Judge**

4