1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRED ROGERS a/k/a FRED ROGERS, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN E. POTTER, Postmaster General of the United States, <br><br> Defendant. | Case No: C 08-2897 SBA <br><br> **JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: April 20, 2009

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge