1
2                         UNITED STATES DISTRICT COURT
3                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                                  OAKLAND DIVISION
5

| | |
|---|---|
| FRED ROGERS a/k/a FRED ROGERS, Jr., | Case No: C 08-2897 SBA |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| JOHN E. POTTER, Postmaster General of the United States, | |
| Defendant. | |

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: April 20, ~~2009~~   2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge